UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
In Re:                                              :
MPM SILICONES, LLC, et al.,                         :       **ORDER REMANDING CASES**
                    Debtors.                  :       **TO BANKRUPTCY COURT**
--------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, as                  :
Indenture Trustee,                                  :
                    Appellant,                :       14 CV 7471 (VB)
v.                                                  :       14 CV 7472 (VB)
                                                    :
WILMINGTON SAVINGS FUND SOCIETY,                    :
FSB, as Successor Indenture Trustee, et al.,        :
                    Appellees.                :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-10-18

--------------------------------------------------------------x
In Re:                                              :
MPM SILICONES, LLC, et al,                          :
                    Debtors.                  :       14 CV 7492 (VB)
--------------------------------------------------------------x
BOKF, NA, solely as Trustee for the MPM             :
Escrow LLC and MPM Finance Escrow Corp.,            :
et al.,                                             :
                    Appellants,               :
                                                    :
v.                                                  :
                                                    :
MOMENTIVE PERFORMANCE MATERIALS                     :
INC., et al.,                                       :
                    Appellees.                :
--------------------------------------------------------------x

    The mandates of the Second Circuit having issued in these bankruptcy appeals on November 17 and December 22, 2017, and the parties having agreed the cases should be remanded to the Bankruptcy Court, it is HEREBY ORDERED:

    These cases are remanded to the Bankruptcy Court for further proceedings consistent with, and only to the extent required by, the Second Circuit's Opinion dated October 20, 2017.

    The Clerk is directed to close these cases. (Dockets 14 CV 7471 (VB), 14 CV 7472 (VB), and 14 CV 7492 (VB)).

Dated: January 10, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge